| | |
|---|---|
| **KUZYK LAW, LLP**<br>Michael D. Braun (SBN 167416)<br>1999 Avenue of the Stars, Ste. 1100<br>Los Angeles, California 90067<br>Telephone:   (213) 401-4100<br>Facsimile:    (213) 401-0311<br>Email:    mdb@kuzykclassactions.com<br><br>**POMERANTZ LLP**<br>Jordan L. Lurie (SBN 130013)<br>Ari Y. Basser (SBN 272618)<br>1100 Glendon Avenue, 15th Floor<br>Los Angeles, CA 90024<br>Telephone: (310) 432-8492<br>E-Mail: jllurie@pomlaw.com<br>           abasser@pomlaw.com<br><br>*Counsel for Plaintiffs* | **DORSEY & WHITNEY LLP**<br>Kent J. Schmidt (SBN 195969)<br>*schmidt.kent@dorsey.com*<br>Jill A. Gutierrez (SBN 258138)<br>*gutierrez.jill@dorsey.com*<br>Jessica M. Leano (SBN 323677)<br>*leano.jessica@dorsey.com*<br>600 Anton Boulevard, Suite 200<br>Costa Mesa, CA 92626-7655<br>Telephone: (714) 800-1400<br>Facsimile: (714) 800-1499<br><br><br><br><br><br><br><br>*Counsel for Defendant* |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TATIANA GALVEZ and JAMES KELLY on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>THE BOSTON BEER COMPANY, INC.<br><br>                    Defendant. | **CASE NO.:** 3:21-cv-01508-L-BGS<br><br>**<u>CLASS ACTION</u>**<br><br>**JOINT MOTION TO DISMISS WITH PREJUDICE** |

IT IS STIPULATED, by and between all Parties, Plaintiffs Tatiana Galvez and James Kelly ("Plaintiffs"), and Defendant The Boston Beer Company Inc. ("Defendant"), by and through their undersigned counsel, that the entire action be dismissed with prejudice as to the named Plaintiffs pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each side shall be responsible for and bear its own costs, expenses, and attorney's fees.

DATED: March 25, 2022

| **DORSEY & WHITNEY LLP** | **KUZYK LAW, LLP** |
|---|---|
| /s/ Kent J. Schmidt | /s/ Michael D. Braun |
| Kent J. Schmidt | Michael D. Braun |
| | |
| *Counsel for Defendant* | *Counsel for Plaintiffs* |