UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATIANA GALVEZ and JAMES KELLY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE BOSTON BEER COMPANY, INC.,<br><br>Defendant. | Case No. 3:21-cv-01508-L-BGS<br><br>**ORDER GRANTING JOINT MOTION** |

Pending before the Court is the parties' joint motion to dismiss this punitive class action. The Court **GRANTS** the motion. The action as to the named Plaintiffs (Tatiana Galvez and James Kelly) are **dismissed with prejudice**. Fed. R. Civ. P. 41. The parties shall bear their own fees and costs. This order is without prejudice as to any punitive class members. The Clerk is instructed to close this matter.

**IT IS SO ORDERED.**

Dated:  March 31, 2022

Hon. M. James Lorenz
United States District Judge